■ THOMAS FAUL, Appellant, v JAMES J. REILLY, Respondent. [816 NYS2d 502]—

In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Putnam County (O'Rourke, J.), dated May 31, 2005, which denied his motion for summary judgment on the issue of liability.

Ordered that the order is reversed, on the law, with costs, and the motion is granted.

The plaintiff, a passenger in a stopped vehicle which was struck in the rear by the defendant's vehicle, made a prima facie showing of entitlement to partial summary judgment on the issue of liability (see *Ditrapani v Marciante*, 10 AD3d 628 [2004]; *Leonard v City of New York*, 273 AD2d 205 [2000]). The deposition testimony of the defendant that he saw the stopped vehicle in which the plaintiff was a passenger and applied his brakes but that his vehicle nevertheless skidded into the stopped vehicle due to road conditions was insufficient to rebut the inference the he was negligent (see *Garcia v Hazel*, 287 AD2d 481, 482 [2001]). As such, the Supreme Court erred in denying the plaintiff's motion. Crane, J.P., Krausman, Luciano and Rivera, JJ., concur.

■ FARRELL M. FLEMING et al., Respondents, v RAMESH SARVA et al., Appellants. [813 NYS2d 683]—Appeal by the defendants, as limited by their brief, from stated portions of an order of the Supreme Court, Nassau County (Austin, J.), dated November 15, 2004.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Austin in the Supreme Court. Goldstein, J.P., Luciano, Rivera and Fisher, JJ., concur. [*See* 5 Misc 3d 1017(A), 2004 NY Slip Op 51409(U) (2004).]